UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE FUND,
NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS ANNUITY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS CHARITY FUND, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA FUND and
NEW YORK CITY AND VICINITY JOINT
LABOR MANAGEMENT COOPERATION TRUST FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN, as TRUSTEES,

                           Plaintiffs,

    -against-

TRI-STATE FOLDING PARTITIONS, INC.,

                           Defendant.
------------------------------------------------------------X

08 CV _____

CIVIL RULE 7.1
**STATEMENT**



08 CV 3415

JUDGE PRESKA

    PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATIONS OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR THE PLAINTIFFS (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR PUBLICLY HELD CORPORATIONS THAT OWN 10% OR MORE OF ITS STOCK:

                           NONE

Dated: New York, New York
       April 7, 2008

                                    _____
                                    ANDREW GRABOIS (AG-3192)
                                    O'Dwyer & Bernstien, LLP
                                    Attorneys for Plaintiffs
                                    52 Duane Street
                                    New York, NY 10007
                                    (212) 571-7100