## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  08 cv 3415                                        Purchased/Filed: April 7, 2008

STATE OF NEW YORK      UNITED STATES DISTRICT COURT              SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*                    Plaintiff

against

*Tri-State Folding Partitions, Inc.*                              Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____April 11, 2008____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibits, and Judges Rules

on

____Tri-State Folding Partitions, Inc.____, the Defendant in this action, by delivering to and leaving with ____Donna Christie____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

15th day of       April, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0803517

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**