UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND,

V.

TRI-STATE FOLDING PARTITIONS, INC.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 3415 (LAP)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

ParticularMotion: _____
_____

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
APRIL 18, 2008

_Loretta A. Preska_
United States District Judge