UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION
FUND et al.

Plaintiff,

-v-

TRI-STATE FOLDING PARTITIONS, INC.,

Defendant.

Case No. 08-cv-3415 (LAP)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Tri-State Folding Partitions, Inc.           (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Not applicable.

**Date:** May 7, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** RM/8751

Form Rule7_1.pdf  SDNY Web 10/2007